# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DUSTIN M. JONES**                                                                                          **PLAINTIFF**

V.                                          NO. 4:22-cv-00170-BRW-ERE

**DEXTER PAYNE, Director**
**Arkansas Division of Correction**                                                          **DEFENDANT**

## ORDER

On February 25, 2022, United States Magistrate Judge Edie R. Ervin directed Plaintiff to file a completed *in forma pauperis* application (or pay the filing fee) and file a proper § 2254 petition by March 25, 2022.[1] She also warned Plaintiff that failure to comply could result in dismissal of the case.[2]

To date, Plaintiff has not filed the documents as directed. Accordingly, this case is DISMISSED for failure to prosecute and failure to comply with Local Rule 5.5(c)(2).

IT IS SO ORDERED this 19th day of April, 2022.

                                                                  Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 5 at p. 5.
[2] *Id.* at n.4 and p. 6.